PER CURIAM.
Affirmed. City of Jacksonville v. Wilson, 157 Fla. 838, 27 So.2d 108 (1946); St. Lucie County v. St. Lucie Village, 603 So.2d 1289, 1292 (Fla. 4th DCA 1992); City of Coconut Creek v. Fowler, 474 So.2d 820 (Fla. 4th DCA 1985); Demby v. English, 667 So.2d 350, 355 (Fla. 1st DCA 1995); Johnson v. State, Department of Health and Rehabilitative Services, 695 So.2d 927 (Fla. 2d DCA 1997); United Sanitation Servs. Inc. v. City of Tampa, 302 So.2d 435 (Fla. 2d DCA 1974); Kamenesh v. City of Miami, 772 F.Supp. 583, 595 (S.D.Fla. 1991).
STONE, C.J., GROSS and HAZOURI, JJ., concur.